UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE LUIS MADRIZ,<br><br>            Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | Case No. 05-5451 FDB<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner seeks to have this Court address and correct his sentence pursuant to recent U.S. Supreme Court opinions. A briefing schedule in this 28 U.S.C. §2255 cause of action is set as follows:

(1)   Respondents Answer is due no later than **Friday, September 9, 2005;**

(2)   Petitioner's Reply is due **Friday, September 23, 2005;** and

(3)   The clerk shall place this matter on the motion calendar for **Monday, September 26, 2005.**

ORDER - 1

1
2       DATED this  12th  day of July, 2005.
3
4                                                    /s/ Franklin D. Burgess
5                                            FRANKLIN D. BURGESS
                                             UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  ORDER - 2